

FILED
FEB 2 8 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRETT MOONEY (1),<br><br>Defendant | Case No. 17MJ324-WVG<br><br>**FINDINGS OF FACT AND ORDER RE WAIVER OF DETENTION PENDING TRIAL** |

In accordance with the Bail Reform Act of 1984, 18 U.S.C. §3142(f), a detention hearing was scheduled for **FEBRUARY 28, 2017**, to determine whether **BRETT MOONEY** (the "Defendant") shall be held in custody without bail pending trial and, if convicted, sentencing in the above-captioned matter.

At the hearing on **FEBRUARY 28, 2017**, the Defendant knowingly and voluntarily waived all rights, on the record and through counsel, to the setting of bail and the detention hearing. Based on that waiver, the Court orders that Defendant be detained pending trial because he is a serious flight risk as well as a danger to the community and, if convicted, sentencing in these matters, without prejudice or waiver of the Defendant's right to later apply for bail and conditions of release, and without

1  prejudice or waiver of the right of the United States to seek detention in the event of
2  an application by Defendant for such relief.

### ORDER

4  IT IS HEREBY ORDERED that Defendant be detained pending trial and, if
5  convicted, sentencing in these matters.

6  IT IS FURTHER ORDERED that Defendant be committed to the custody of
7  the Attorney General or his designated representative for confinement in a corrections
8  facility separate, to the extent practicable, from persons awaiting or service sentence
9  or being held pending appeal. The Defendant shall be afforded reasonable
10 opportunity for private consultation with counsel.

11 While in custody, upon order of a court of the United States or upon the request
12 of an attorney for the United States, the person in charge of the correctional facility
13 shall deliver the Defendant to the United States Marshal for the purpose of an
14 appearance in connection with a court proceeding or any other appearance stipulated
15 by defense and government counsel.

16 This order is made without prejudice to modification by this Court and without
17 prejudice to the Defendant's exercise of the right to bail and a detention hearing at a
18 future date.

20 IT IS SO ORDERED.

22 DATED: 2/26/17

HONORABLE WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE